IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ERNESTO FLORES MARTINEZ, | Case № 1:26-cv-00762-JLT-SKO |
| Petitioner, | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al., | |
| Respondents. | |

The Court has considered the Federal Defender's *Amicus Declaration When Considering Appointing an Attorney for Petitioner* after Petitioner JONATHAN ERNESTO FLORES MARTINEZ' *Motion to Appoint Counsel* (Dkt.3, filed 1/29/2026). Pursuant to 18 U.S.C. §§ 3005 and 3006A, this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel, the Court will appoint counsel for Petitioner in this matter.

Accordingly, IT IS HEREBY ORDERED:

1.   The Court APPOINTS counsel for Petitioner in this matter;

2.   The Court DIRECTS the appointing authority for the Eastern District of California to identify counsel and send counsel's contact

---

*Flores Martinez v. Warden*                1                Order Considering Petitioner's
Motion To Appoint Counsel

information to this court's Courtroom Deputy via email who shall update the docket to reflect counsel's appointment;

3.    The Court DIRECTS that such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only; and

4.    The Court DIRECTS that this appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy.

IT IS SO ORDERED.

Dated:   **February 12, 2026**        /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE