# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ERNESTO FLORES MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-00762-JLT-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT ARMIDA MENDOZA AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER |

Pursuant to the order issued on February 12, 2026, (Doc. 14), the appointing authority for the Eastern District of California has confirmed that attorney Armida Mendoza has been appointed as counsel for Petitioner, effective as of February 19, 2026.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court SHALL update the docket to reflect Attorney Armida Mendoza, Mendoza Law Group APC, 516 W. Shaw Ave., Suite 200, Fresno, CA 93704, (559) 248-1753, armida@mendozalawgp.com, as counsel for Petitioner in this matter.

2. The Clerk of Court is DIRECTED to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

Dated:   **February 20, 2026**               /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE