**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN ERNESTO F. M., (A-Number: 203-599-284) Petitioner, v. WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al., Respondents. | No. 1:26-cv-00762 JLT SKO (HC) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 20) ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH A BOND HEARING, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Jonathan Ernesto F. M. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 13, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition and order Respondents to provide Petitioner with a bond hearing. (Doc. 20.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 20.) On May 22, 2026, Respondents filed objections in which they indicate they object for the reasons set forth in their previous briefing. (Doc. 21.) On May 23, 2026, Petitioner filed a reply in which he objects to the relief recommended. (Doc. 22.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

1

case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.  The Findings and Recommendations issued on May 13, 2026, (Doc. 20), are **ADOPTED** in full.

2.  The petition for writ of habeas corpus is **GRANTED**.

3.  Respondents are **ORDERED TO PROVIDE** Petitioner with a bond hearing before a neutral arbiter **within 14 days** in which the government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a flight risk or danger to the community, or in the alternative, release Petitioner. If Respondents fail to provide a timely bond hearing, Respondents are directed to immediately release Petitioner.

4.  At least 72 hours before the scheduled hearing, the Petitioner **SHALL** receive notice of the hearing. He **SHALL** have the right to be represented by counsel at the hearing, and he **SHALL** be entitled to appear at the hearing. If counsel has filed an appearance in the immigration proceedings, at least 72 hours before the hearing, counsel **SHALL** receive notice of the scheduled hearing.

5.  The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2